*Application GRANTED.*

*The Clerk of Court is directed to terminate ECF Nos. 41 and 42.*

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: February 20, 2024*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WISE PAYMENTS LIMITED,

    Plaintiff,

v.

WISEBTC INC., HUGO A. GARCIA, JOHN DOE(S) 1-10, JANE DOE(S) 1-10 and ABC CORP. 1-10,

    Applicant.

---

Civil Case No. 1:22-cv-08923

**JOINT MOTION TO DISMISS PROCEEDINGS**

## JOINT MOTION TO DISMISS PROCEEDINGS

Plaintiff, Wise Payments Limited and Defendant, WiseBTC Inc. (collectively, the "Parties"), by and through counsel, hereby stipulate to the dismissal of Civil Case No. 1:22-cv-08923. The Parties hereby agree that all claims asserted by Plaintiff shall be dismissed without prejudice and all counterclaims asserted by Defendant shall be dismissed with prejudice.

Dated: February 16, 2024

Respectfully submitted,

| | |
|---|---|
| */s/Ben Natter/* | */s/Heedong Chae/* |
| Ben Natter | Heedong Chae |
| Michael Barer | LUCEM PC |
| Haug Partners LLP | 660 S. Figueroa St. Suite 2300 |
| 745 Fifth Ave | Los Angeles, CA 90017 (213) |
| New York, NY 10151 | 387-3630 |
| (212) 588-0800 | hdchae@lucemlaw.com |
| bnatter@haugpartners.com | |
| mbarer@haugpartners.com | *Attorney for Defendant,* |
| | *WISEBTC INC.* |
| *Attorneys for Plaintiff,* | |
| *WISE PAYMENTS LIMITED* | |

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the Joint Motion to Dismiss Proceedings has been served on all counsel of record via the Court's ECF system on February 16, 2024.

By: ___/Ben Natter/___
Ben Natter